**Anita V. WOOTEN–FRANCIS,
Plaintiff–Appellant,**

v.

**NYC DEPARTMENT OF EDUCATION/BOARD OF EDUCATION, et al., Defendants–Appellees.**

No. 14–401–cv.

United States Court of Appeals, Second Circuit.

Oct. 14, 2015.

Anita V. Wooten–Francis, pro se, Tobyhanna, PA, for Plaintiff–Appellant

Pamela Seider Dolgow, Drake A. Colley, of counsel, for Zachary W. Carter, Corporation Counsel of the City of New York, New York, NY, for Defendants–Appellees.

PRESENT: CHESTER J. STRAUB, BARRINGTON D. PARKER, and RICHARD C. WESLEY, Circuit Judges.

### SUMMARY ORDER

Appellant Anita V. Wooten–Francis, proceeding *pro se,* appeals the district court's grant of summary judgment to the Appellees on her claims of employment discrimination and retaliation, in violation of Title VII of the Civil Rights Act of 1964; New York State Human Rights Law, New York Executive Law §§ 290–301; and New York City Human Rights Law, New York City Administrative Code §§ 8–101 to 8–703; and of violation of her right to due process under the Fourteenth Amendment. We assume the parties' familiarity with the underlying facts, the procedural history of the case, and the issues on appeal.

We review *de novo* a district court's grant of summary judgment, with the view that "[s]ummary judgment is appropriate only if the moving party shows that there are no genuine issues of material fact and that the moving party is entitled to judgment as a matter of law." *Miller v. Wolpoff & Abramson, L.L.P.,* 321 F.3d 292, 300 (2d Cir.2003). As an initial matter, because Wooten–Francis does not challenge on appeal any of the grounds on which the district court granted the Appellees' motion for summary judgment, she has abandoned all relevant issues. *See LoSacco v. City of Middletown,* 71 F.3d 88, 92–93 (2d Cir.1995) (holding, in the context of a *pro se* appeal, that issues not raised in an appellate brief are abandoned). Even if Wooten–Francis had preserved any issues for appeal, however, an independent review of the record and relevant case law reveals that the district court properly granted summary judgment to the Appellees.

We have considered all of Wooten–Francis's arguments and find them to be without merit. Accordingly, we **AFFIRM** the judgment of the district court.